IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-01882-MSK-CBS

ALFREDO MAGDALENO,

    Plaintiff,

v.

L.B. FOSTER COMPANY,

    Defendant.

### MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion for Leave to File First Amended Complaint (*doc. no. 7)* is **GRANTED**. As of the date of this order, the Clerk's office is instructed to accept for filing, Plaintiff's First Amended Complaint (*doc no. 7-3*) tendered to the court on September 28, 2006.

**DATED:**    October 4, 2006