IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01882-MSK-CBS

ALFREDO MAGDALENO,

       Plaintiff,

v.

L.B. FOSTER COMPANY,

       Defendant.

_____

**ORDER DENYING DEFENDANT'S UNOPPOSED MOTION**
_____

       **THIS MATTER** comes before the Court pursuant to the Defendant's Unopposed Motion for Miscellaneous Relief to Review Defendant's Motion for Summary Judgment (Motion) **(#36)**.

       1. The Defendant did not submit a proposed order as part of the electronic filing, nor submit a proposed order in WordPerfect or Word  format to chambers by electronic mail.  Both acts are required by D.C. Colo. ECF Proc. V.L.2.

       **IT IS THEREFORE ORDERED** that the Motion is **DENIED**, without prejudice.

       DATED this 24th day of December, 2007.

                                  **BY THE COURT:**

                                  *Marcia S. Krieger*
                                _____

                                  Marcia S. Krieger
                                  United States District Judge